IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–36–M–DWM |
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| BRANDON RICHMOND TURNER, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 18.) On December 4, 2019, Defendant Brandon Richmond Turner entered a plea of guilty to the Indictment. He also admitted the forfeiture allegation. Turner's plea and the plea agreement provide a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED that that motion (Doc. 18) is GRANTED. Brandon Richmond Turner's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- an SI Defense AR-15 rifle, serial number 0002635;
- a Glock 19 pistol, serial number SLX243; and

1

- assorted ammunition.

The Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Marshals Service, or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and shall post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

Upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 6th day of December, 2019.

Donald W. Molloy, District Judge
United States District Court