
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–36–M–DWM |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| BRANDON RICHMOND TURNER, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 22.) Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on December 6, 2019. (Doc. 20.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 21.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, it is ORDERED that:

1. The motion for final order of forfeiture (Doc. 22) is GRANTED.

1

2. Judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, in the following property:

- an SI Defense AR-15 rifle, serial number 0002635;
- a Glock 19 pistol, serial number SLX243; and
- assorted ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 10th day of February, 2020.

Donald W. Molloy, District Judge
United States District Court